(85 South. 265)

### Ex parte ACHA HERMANOS Y CIA. (1 Div. 140.)

(Supreme Court of Alabama. Jan. 22, 1920. Rehearing Denied Feb. 12, 1920.)

Certiorari ⊜⇒15—Findings of fact of Court of Appeals not reviewable on certiorari.

Writ of certiorari will not be issued to review a decision of the Court of Appeals, where the question sought to be reviewed requires a review of its findings of fact.

Certiorari to Court of Appeals.

Ex parte application by Acha Hermanos y Cia for writ of certiorari to the court of appeals to review a decision affirming a judgment in favor of one Rosengrant against petitioner (84 South. 399). Writ denied.

Rich & Hamilton, of Mobile, for appellant. Palmer Pillans and Alec T. Gresham, both of Mobile, for appellee.

[1] 203 Ala. 586.

BROWN, J. The question sought to be reviewed by the petition here requires a review of the finding of facts by the Court of Appeals (84 South. 399) which, under the uniform holdings of this court, will not be done. Postal Telegraph Co. v. Minderhout. 195 Ala. 420, 71 South. 91.

Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.